Reversed and Remanded and Opinion filed October 23, 2003









Reversed and Remanded and Opinion filed October 23,
2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-00225-CV

____________

 

SURESHKUMAR J. SHAH AND VAISHNAVI
ENTERPRISES, INC., Appellants

 

V.

 

AKAL INVESTMENTS CORPORATION AND
SANJEEV DABUBHAI PATEL, Appellees

 



 

On Appeal from the 190th District
Court

Harris County, Texas

Trial Court Cause No. 2001-49584

 



 

M E M O R A N D U M  
O P I N I O N

This is an appeal from a judgment
signed December 3, 2002.

On October 14, 2003,  the parties filed a joint motion to
reverse the judgment pursuant to agreement. 
See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the judgment is reversed without regard to the
merits and the cause is remanded to the trial court for rendition of judgment
in accordance with the parties= agreement.

PER CURIAM

Judgment rendered and Opinion
filed October 23, 2003.

Panel consists of Justices
Edelman, Frost, and Guzman.